FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLTON HOWARD, individual person,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>　　　　Defendant. | No. 1:23-CV-03096-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

　　　Before the Court is the parties' Joint Motion to Dismiss, ECF No. 20. Plaintiff is represented by Wes S. Larsen. Defendant is represented by Andrew J. Mitchell, Daniel W. Short, Paul S. Stewart, and Vicki L. Mitchell. The motion was heard without oral argument.

　　　The parties stipulate and agree that the above-captioned case can be dismissed without prejudice. Having reviewed the necessary materials and being fully informed, the Court finds good cause to grant the dismissal. The Court instructs the Clerk of Court to close the file.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　　The parties' Joint Motion to Dismiss, ECF No. 20, is **GRANTED**.

　　　2.　　The above-captioned action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a), without costs or attorneys' fees to any party.

　　　3.　　Any pending motions are **DISMISSED as moot**.

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

4.  The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 29th day of February 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**